# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHECK INTO CASH OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SURGI WORLD, a California Corporation, and ADEL F. SAMAAN, an individual, SANDY MARTINEZ, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-07685-CJC (GJSx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action filed: September 4, 2018 |

1     This Court having reviewed plaintiff Check Into Cash of California, Inc. and defendant Sandy Martinez's Joint Stipulation and Order for Dismissal with Prejudice (the "Stipulation"), the Stipulation is hereby approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: November 1, 2018

_____
Hon. Cormac J. Carney
UNITED STATES DISTRICT JUDGE